UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Joshua David Sams,                                             8:11-bk-16959-CPM

    Debtor*.

## ORDER STRIKING VOLUNTARY PETITION FOR RELIEF

THIS CASE came on for consideration upon the Court's own motion for the purpose of entering an appropriate order. The above-named Debtor filed a Voluntary Petition for Relief on September 8, 2011, without counsel, in direct violation of this Court's Order Dismissing Chapter 11 Case With Prejudice, dated May 31, 2011, In re: Joshua David Sams, Case No. 8:11-bk-03209-CPM. Accordingly, it is

ORDER that this Voluntary Petition for Relief will be stricken for the reason stated above and the Clerk's Office is directed not to process this case.

BY THE COURT

Dated: September 08, 2011.

_____
Catherine Peek McEwen
United States Bankruptcy Judge

*All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.